IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE:  MICHAEL JOSEPH BEDNAR aka MICHAEL BEDNAR | ) Chapter 13 |
| | ) |
| - Creditor | ) No. 14B42970 |
| Select Portfolio Servicing, Inc., as servicing agent for PNC Bank, National Association | ) |
| v. | ) Judge Pamela S. Hollis |
| MICHAEL JOSEPH BEDNAR aka MICHAEL BEDNAR- Debtor | ) |
| Marilyn O. Marshall    - Trustee | ) |

ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

    The undersigned, a duly qualified attorney admitted to practice before this Court, hereby states his/her appearance on the within captioned matter on behalf of SELECT PORTFOLIO SERVICING, INC., AS SERVICING AGENT FOR PNC BANK, NATIONAL ASSOCIATION, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to him/her at the following address:

        Andrew J. Nelson
        PIERCE & ASSOCIATES, P.C.
        1 North Dearborn, Suite 1300
        Chicago, Illinois 60602
        (312) 346-9088

Dated: December 09, 2014                          By:  /s/Andrew J. Nelson
                                                      ARDC #06216605

PA14-3307
(eoareq)