```
                    IN THE UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


IN RE:  MICHAEL JOSEPH BEDNAR aka MICHAEL BEDNAR    ) Chapter 13
                                                    )
                                                    )
                                                    )
                                       - Creditor   ) No. 14-42970
Select Portfolio Servicing, Inc., as                )
servicing agent for PNC Bank, National              )
Association                                         )
                                                    )
                         v.                         ) Judge
                                                    )Pamela S. Hollis
MICHAEL JOSEPH BEDNAR aka MICHAEL BEDNAR- Debtor    )
                                                    )
```

NOTICE OF MOTION


TO:   SEE ATTACHED ADDRESSES


   PLEASE TAKE NOTICE THAT ON December 17, 2014 at 09:30AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 644, and shall then and there present the attached Motion and at which time you may appear if you so desire.


CERTIFICATION


   I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on 12/10/14, with proper postage prepaid.

```
                              PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY     /s/Yanick Polycarpe
INFORMATION OBTAINED WILL BE  ARDC#6237892
USED FOR THAT PURPOSE**
                              1 North Dearborn
                              Suite 1300
                              Chicago, Illinois 60602
                              312-346-9088

PA14-3307
```

NOTICE OF MOTION ADDRESSES

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**By Electronic Notice through ECF**


To Debtor:
MICHAEL JOSEPH BEDNAR aka MICHAEL BEDNAR
14830 S Ketelaar Drive, Unite 6E
Midlothian, IL 60445
**By U.S. Mail**



To Attorney:
Nathan C. Volheim
Sulaiman Law Group, LTD
900 Jorie Blvd
Oak Brook, IL 60523
**By Electronic Notice through ECF**



**PIERCE & ASSOCIATES, P.C.**
**Suite 1300**
**1 North Dearborn**
**Chicago, Illinois 60602**
**(312) 346-9088**



**PA14-3307**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
RE:   MICHAEL JOSEPH BEDNAR           )
      aka MICHAEL BEDNAR              )
                                      )
Select Portfolio Servicing,           )
Inc., as servicing agent for          )
PNC Bank, National Association        )
         Creditor,                    )   Case No. 14-42970
                                      )   Judge Pamela S. Hollis
      vs.                             )
                                      )
MICHAEL JOSEPH BEDNAR                  )
aka MICHAEL BEDNAR,                    )
         Debtor,                       )
```

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Select Portfolio Servicing, Inc., as servicing agent for PNC Bank, National Association, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 14830 S Ketelaar Drive, Unite 6E, Midlothian, IL 60445, be Modified, stating as follows:

1. On November 29, 2014, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. Select Portfolio Servicing, Inc., as servicing agent for PNC Bank, National Association services the first mortgage lien on the property located at 14830 S Ketelaar Drive, Unite 6E, Midlothian, IL 60445.

4. Debtor's plan calls for the surrender of property commonly known as 14830 S Ketelaar Drive, Unite 6E, Midlothian, IL 60445.

5. The entity which has the right to foreclose is: PNC Bank, National Association by virtue of being the holder and owner of the Note.

6. The plan is in material default.

7. Select Portfolio Servicing, Inc., as servicing agent for PNC Bank, National Association continues to be injured each day it remains bound by the Automatic Stay.

8. Select Portfolio Servicing, Inc., as servicing agent for PNC Bank, National Association is not adequately protected.

9. The property located at 14830 S Ketelaar Drive, Unite 6E, Midlothian, IL 60445 is not necessary for the debtor's reorganization.

10. The debtor has no equity in the property for the benefit of unsecured creditors.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 14830 S Ketelaar Drive, Unite 6E, Midlothian, IL 60445, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Select Portfolio Servicing, Inc., as servicing agent for PNC Bank, National Association to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

Select Portfolio Servicing, Inc., as servicing agent for PNC Bank, National Association

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088